UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tyrone Dixon,

    Plaintiff,

        v.                          Case No. 1:19cv176

John M. Williams, *et al.*,              Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on August 20, 2019 (Doc. 32).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 32) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 32) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge: the Joint Motion of Defendants Driehaus, Monzel, and Portune to Dismiss (Doc. 14) is GRANTED; Plaintiff's Rule 55 Motion for Default Judgment (Doc. 17) is DENIED; Defendant Williams' Motion to Dismiss (Doc. 25) is GRANTED; Plaintiff's Motion to Amend the Complaint (Doc. 29) is DENIED; Defendant Peterson's Motion to Dismiss (Doc. 21) is DENIED as MOOT; and all

remaining claims against all remaining defendants are DISMISSED *sua sponte* under §§ 1915(e) and 1915A.

**IT IS SO ORDERED.**

        *s/Michael R. Barrett*
Michael R. Barrett, Judge
United States District Court